**FILED**
July 30, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| v. | § § | NO. SA-22-CR-00357-OLG |
| CLAYTON SHANE PETERS | § § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Richard B. Farrer's Report and Recommendation (R&R), filed June 12, 2025, concerning Defendant's Motion to Dismiss 18 U.S.C. § 922(a)(6) Indictment (Dkt. No. 27). (*See* R&R, Dkt. No. 36).

A party who wishes to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within fourteen (14) days after being served with a copy of the findings and recommendations. FED. R. CRIM. P. 59(b)(2). Defendant, through counsel, was electronically served with a copy of the R&R on June 12, 2025, and the time to object has passed. The Court, therefore, has reviewed the R&R to determine whether it is clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). After careful review, the Court finds that the R&R is neither clearly erroneous nor contrary to law, and the Court concludes that the R&R should be adopted.

Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R (Dkt. No. 36) and, for the reasons set forth therein, Defendant's Motion to Dismiss 18 U.S.C. § 922(a)(6) Indictment (Dkt. No. 27) is **DENIED**.

It is so **ORDERED**.

SIGNED this 30 day of July, 2025.

ORLANDO L. GARCIA
United States District Judge